

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00101-CR

RICHARD DOUGLAS NIXON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

------------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On March 15, 2012, the trial court heard appellant's trial counsel's request to withdraw.  A supplemental reporter's record from the hearing was filed in this court on March 27, 2012.

At the hearing, appellant told the trial court that he did not wish to proceed with the appeal.  Accordingly, we dismiss this appeal.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

---

[1]*See* Tex. R. App. P. 47.4.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: April 19, 2012